IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
SEP 2 6 2003
J. T. NOBLIN, CLERK
BY_____ DEPUTY

JAMES T. KIMBALL, #38591-018                            PETITIONER

VS.                      CIVIL ACTION NO. 5:02cv156BrS

KHURSHID Z. YUSUFF                                 RESPONDENT

ORDER     CV205-147

This matter is before the Court on several motions, addressed as follows:

1. Petitioner has filed a Motion to Consolidate (docket entry number 13-1), and a corresponding Motion to Withdraw the Motion to Consolidate (docket entry number 16-1). Having considered the filings, the Court finds that the Motion to Consolidate (13-1) is hereby **denied as moot** and the Motion to Withdraw (16-1) is hereby **granted**.

2. Petitioner has filed a Motion for Initial Order Setting Deadline for Attorney Conference (docket entry number 17-1), a Renewed Motion for Initial Order Setting Deadline for the Attorney Conference (docket entry number 20-1), and a Motion for Ruling on Motion for Initial Order Setting Deadline for the Attorney Conference (docket entry number 21-1). Because this matter is a habeas corpus petition filed pursuant to 28 U.S.C. § 2241, it is assigned to the Administrative Track for cases in this Court. The Administrative Track does not provide for Attorney Conferences. See Uniform Local Rule 1.4(D). Accordingly, the Petitioner's Motions (docket entry numbers 17-1, 20-1, and 21-1) are hereby **denied**.

3. Petitioner has failed to respond to the Order to Show Cause entered in this matter on August 25, 2003. Accordingly, the Petitioner is hereby given **one more opportunity to Show Cause** why this matter should not be transferred to the United States District Court for the Middle District of Florida, or, in the alternative, provide his proper address at the facility in which he is housed, within ten (10) days of the date of this Order.

SO ORDERED, this the _26_ day of September, 2003.

_____
UNITED STATES MAGISTRATE JUDGE