FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15  A 8: 55

CLERK_____
S. DIST. OF GA.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

JAMES T. KIMBALL,                    :

       Petitioner,               :

      vs.                          :          CIVIL ACTION NO.: CV205-147

JOSE VASQUEZ, Warden,          :

      Respondent.            :


## O R D E R

Petitioner, an inmate currently confined at the Federal Correctional Institution in Jesup, Georgia, originally filed an action under 28 U.S.C. § 2241 in the Southern District of Mississippi. That Court transferred the action to this Court, as it has jurisdiction to consider Petitioner's motion. As Jose Vasquez is the Warden at FCI-Jesup, he is the proper respondent in a § 2241 action. Accordingly, the Clerk is directed to change the name of the respondent to Jose Vasquez, Warden.

The United States Marshal is hereby directed to serve a copy of the complete filing containing the Petition and a copy of this Order upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the United States Attorney for the Southern District of Georgia. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, personal service shall be perfected upon the United States Attorney. Pursuant to Fed. R. Civ. P. 4(i) service may be perfected upon the Attorney General of the United States and upon Respondent by registered or certified mail.

AO 72A
(Rev. 8/82)

Respondent is hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty (20) days of the date of service.

**SO ORDERED**, this _____14th_____ day of July, 2005.


JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

KIMBALL
_____ )

vs )    CASE NUMBER  CV205-147 _____

VASQUEZ
_____ )    DIVISION    **BRUNSWICK** _____

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.   Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.   That the aforementioned enveloped contained a copy of the document dated
     7/15/05 _____, which is part of the official record of this case.

Date of Mailing:       7/15/05 _____

Date of Certificate         ☒ same date,      or  _____

                    Scott L. Poff,  Clerk

                    By:  _____
                         Sherry Taylor, Deputy Clerk

Name and Address

James Kimball, 38591-018, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599
H. Colby Lane
USM 285 forms (3)

☐  Copy placed in Minutes
☐  Copy given to Judge
☒  Copy given to Magistrate