IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES T. KIMBALL,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-147

## ORDER

Petitioner's "Motion to Correct Scriber Errors in Petitioner's Response to Respondent's Supplement and Motion for Summary Judgment" (Doc. 35) is **GRANTED**.

**SO ORDERED**, this 5th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)