IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES T. KIMBALL,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-147

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Kimball asserts that the Magistrate Judge's Report reflects bias and prejudice against him. Kimball alleges that the Magistrate Judge refused to address the evidence in this case, which proves Respondent's unlawful acts and the constitutional deprivations he suffered. Kimball also alleges that the Magistrate Judge apparently does not know the law. Kimball further alleges that the Magistrate Judge's Report is a sham.

Kimball's Objections are without merit. The Report and Recommendation is adopted as the opinion of the Court. Kimball's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**, and Kimball's Motion for Summary

AO 72A
(Rev. 8/82)

Judgment is **DISMISSED**. The Clerk of Court is authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 14th day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA